**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | |
|---|---|
| **Place of Offense:** | **Category No.** III   **Investigating Agency** FBI |
| **City** Boston | **Related Case Information:** |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ |
| | Same Defendant _____ New Defendant _____ |
| | Magistrate Judge Case Number  21-mj-4101-DHH |
| | Search Warrant Case Number  21-4102, -03, -04, -05, -06, -07 |
| | R 20/R 40 from District of _____ |

**Defendant Information:**

Defendant Name: Macpherson Osemwegie    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: Desmond Barnabas, Benedict Lejeune, George Wood, Philip Weah

Address: (City & State) Boston, MA

Birth date (Yr only): 1989   SSN (last4#): 7890   Sex: M   Race: Black   Nationality: Nigerian

**Defense Counsel if known:** Christian N. Okonkwo    Address: Christian Law Group

**Bar Number** 680306    140 Union Street, Suite 312 Lynn, MA 01901

**U.S. Attorney Information:**

AUSA: Sara Miron Bloom    Bar Number if applicable: 552351

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: English

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** 03/25/2021

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: Hon. David H. Hennessy  on  03/29/2021

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/21/2021    Signature of AUSA: /s/ Sara Miron Bloom

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Macpherson Osemwegie

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 1349 | Bank and Wire Fraud Conspiracy | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____