UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MACPHERSON OSEMWEGIE,<br>a/k/a/ "Benedict LeJeune," a/k/a "George Wood," a/k/a "Desmond Barnabas," a/k/a Philip Weah,<br>　　　　　　　　Defendant | Criminal No. 21-cr-10219-DJC<br><br>Violation:<br><br><u>Count One</u>: Bank and Wire Fraud Conspiracy (18 U.S.C. § 1349)<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461) |

<u>DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING</u>

Counsel for the defendant Macpherson Osemwegie hereby moves, with the assent of the government, to continue the Rule 11 hearing now set for August 12, 2021 because counsel for the defendant has a trial scheduled on the same date. The parties request that the hearing be moved to August 26, 2021 if that date is available.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　 /s/ Christian Okonkwo
　　　　　　　　　　　　　　　　　CHRISTIAN OKONKWO
　　　　　　　　　　　　　　　　　Counsel for the Defendant


Date:   August 11, 2021