**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | **21-CR-10219-DJC** |
| **v.** | **)** | |
| | **)** | |
| | **)** | |
| **MACPHERSON OSEMWEGIE** | **)** | |
| **Defendant** | **)** | |

**RESPONSE TO MOTION TO MODIFY CONDITIONS**

The United States of America responds to Defendant's Motion to Modify Conditions of Release as follows:

Defendant's counsel reported that the employment for which the Defendant seeks to travel to New Hampshire and Rhode Island involves the transport of cars from auto auctions to shipping ports. The transport of such cars to Nigeria is a means of laundering money and unlicensed money transfer businesses by transferring assets to Nigeria and liquidating them in Nigeria. The United States understood that Probation had requested additional information about the nature of this employment and the name and legitimacy of the employer and the means by which the Defendant is paid. Thus, the United States requests that the Defendant provide such further information to Probation about the proposed or current employment to determine whether this is participation in a legitimate business or continued involvement in a criminal enterprise.

If the employment is determined to be legal and proper, the United States has no objection to the Defendant's traveling to Rhode Island and New Hampshire to carry it out.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:  /s/  Sara Miron Bloom
SARA MIRON BLOOM
Assistant U.S. Attorney

Date:  September 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed on September 8, 2021 and will be served by means of the electronic filing system on counsel for the defendant.

Dated:  September 8, 2021                    By:   /s/ Sara Miron Bloom
SARA MIRON BLOOM