UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>V.        )<br>)      Criminal No.   21-CR-10219-DJC<br>**MACPHERSON OSEMWEGIE**        ) | |

**ASSENTED TO MOTION TO CONTINUE THE SENTENCING HEARING**

Now comes the Defendant, Macpherson Osemwegie, who requests that the sentencing hearing, currently scheduled for March 16, 2022, be continued to a date in June convenient to the parties and the calendar of this Court.

As reason therefore, counsel for the Defendant asserts the following:

1. Counsel was assigned the case on February 1, 2022 after prior counsel failed to appear for the sentencing hearing and was otherwise out of communication with Mr. Osemwegie. Present counsel was also unable to communicate with prior counsel.

2. The matter was scheduled for a sentencing hearing prior to present counsel's assignment. Based on knowledge and belief, Mr. Osemwegie did not previously have an opportunity to review the Probation Service Report or object to any of the subject matter. Present counsel needs additional time to determine the accuracy of the facts contained therein.

3. Present counsel needs additonal time to further review the facts and circumstances in support of the guilty plea, research any and all mitigating circumstances, and otherwise prepare for sentencing.

4. The Government assents to the continuance.

1

Respectfully Submitted,
MACPHERSON OSEMWEGIE
By his attorney,

*/s/ Victoria Kelleher*

Victoria Kelleher
53 State Street
Suite 500
Boston MA 02109

Certificate of Service

I, Victoria Kelleher, attorney of record for the defendant Macpherson Osemwegie do hereby state that I have provided a copy of the Defendant's Assented to Motion to Continue the Sentencing Hearing on all the parties by efile this day.

Signed,

*/s/ Victoria Kelleher*
Victoria Kelleher