

# Memorandum

To:     The Honorable Denise J. Casper, Chief, U.S. District Judge

From:   Lacey Francis, U.S. Probation Officer

Date:   December 1, 2025

Re:     Macpherson Osemwegie (Docket#: 1:21-CR-10219-DJC-1) Request to Terminate Supervision with Outstanding Financial Obligation

---

On August 10, 2022, Mr. Osemwegie appeared for sentencing before Your Honor, after pleading guilty to Bank and Wire Fraud Conspiracy in violation of 18 U.S.C § 1349. Mr. Osemwegie was sentenced to 32 months of custody in the Bureau of Prisons followed by two years of supervised release. A Special Assessment fee in the amount of $100 was imposed, which has been paid by Mr. Osemwegie. Restitution in the amount of $686,264.31 was also imposed, and an outstanding balance remains in the amount of $685,964.31.

Mr. Osemwegie currently resides in Attleboro, Massachusetts with his girlfriend. Mr. Osemwegie is employed by Agbosalo Auto Sale as a vehicle inspector.

Mr. Osemwegie is scheduled to terminate supervision on April 18, 2026, without having satisfied his financial obligation.

It is the recommendation of the Probation Office that Mr. Osemwegie's supervision be allowed to terminate as scheduled with the understanding that he will continue to make restitution payments to the U.S. District Court Clerk's office until his financial obligation is satisfied.

Unless Your Honor has any objections to this recommendation, the U.S. Probation Office will terminate Mr. Osemwegie's term of supervision as scheduled and notify the Financial Litigation Unit of his expiration.

If Your Honor concurs with the above-noted request, please kindly endorse with your signature in the appropriate space below.

1

Reviewed & Approved

/s/ Justin Albergaria
Justin Albergaria
Supervisory U.S. Probation Officer

[X] Request to terminate supervision without having satisfied the financial obligation is approved.

[ ] Request to terminate supervision without having satisfied the financial obligation is not approved.

_____
The Honorable Denise J. Casper
Chief US. District Judge

Date: December 2, 2025

Page 2